**Order filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00920-CR
NO. 14-12-00922-CR

_____

**PHILIP WADE ELLISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause Nos. 67168 and 67695**

## ORDER

In separate indictments, appellant was convicted of the felony offense of continuous violence against the family in trial court cause number 67695 (appellate cause number 14-12-00922-CR), and adjudicated guilty of the felony offense of continuous violence against the family in trial court cause number 67168 (appellate cause number 14-12-00920-CR). Appellant was sentenced to five years for each offense, to run concurrently. In this consolidated appeal, appellant argues that his

double jeopardy rights were violated because the conviction in cause number 67695 constitutes a second prosecution for the same offense after conviction and subjects him to multiple punishments for the same offense.

In his brief on appeal, appellant challenges his conviction in cause number 67695, but does not raise a separate issue challenging his conviction in cause number 67168. Counsel's failure to raise any issues addressing the conviction in cause number 67168 without following the procedures of *Anders v. California*, 386 U.S. 738, 742–44 (1967) deprives appellant of effective assistance of counsel.

To provide appellant with the effective assistance of counsel on appeal, it is ORDERED that appellant's counsel, John J. Davis, file an amended brief in compliance with the appellate rules and the *Anders* procedure in this court on or before February 26, 2014.

PER CURIAM